COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer J. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |

This Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7, 2018, no pet. h.) (mem. op.). And, on December 20, 2018, we denied appellant Marvinell Harlan's motion for rehearing. After appellant filed motions for an extension, we extended the time to file a motion for en banc reconsideration to February 11, 2019, with no further extensions. Appellant has now filed a "Motion for Clarification and Motion to File Motion for En Banc Reconsideration," seeking additional time to file a motion for en banc reconsideration. The motion is **denied**.

**Nevertheless, we extend the time to file a motion for en banc reconsideration to Monday, March 4, 2019**. **No extensions will be granted.**

It is so ORDERED.

Judge's signature: ___/s/ Russell Lloyd_____
                     ☒ Acting individually    ☐ Acting for the Court

Date: _February 21, 2019_